ALEXANDER B. CVITAN (SBN 81746) and
MARSHA M. HAMASAKI (SBN 102720) Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>  vs.<br><br><br>BELAIRE-WEST LANDSCAPE INC., a California corporation, ARCH INSURANCE COMPANY, a Missouri corporation, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>                Defendants. | CASE NO.<br><br>SACV 10-1228 JVS (MLGx)<br><br>ORDER RE  DISMISSAL AS TO ENTIRE ACTION WITH PREJUDICE |

Pursuant to the Stipulation by and between the parties to dismiss this action in its entirety with prejudice, and good cause appearing therefor:

//

//

//

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice in its entirety. Each party to bear its own costs and attorneys fees, and in light of the dismissal, the Scheduling Conference set for December 6, 2010 is vacated.

DATED: November 5, 2010

_____
JAMES V. SELNA, JUDGE OF THE
UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

Submitted by:

ALEXANDER B. CVITAN, and
MARSHA M. HAMASAKI, Members of
REICH, ADELL & CVITAN,
A Professional Law Corporation

By:_____/s/_____
    MARSHA M. HAMASAKI
    Attorneys for Plaintiff

-2-